UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JANE E.G. DOE,

Plaintiff,

v.

STATE OF CALIFORNIA, et al.,

Defendants.

Case No.: 1:26-cv-04069-JLT-EGC (PC)

**ORDER REGARDING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

(Doc. 14)

Plaintiff initiated this action by filing a complaint on May 27, 2026. (Doc. 1.)

Following service, on June 22, 2026, Defendants filed a motion to dismiss. (Doc. 13.)

On July 2, 2026, Plaintiff filed a Notice of Voluntary Dismissal of Entire Action Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 14.)

Accordingly, given the above, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i) & (B). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **July 6, 2026**

_____
UNITED STATES MAGISTRATE JUDGE